

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00111-CR

Victor **ROMERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 18-05-0132-CRA
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 7, 2021.

_____
Lori I. Valenzuela, Justice